JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE MCCLELLAND, an individual, | Case No.: 2:20-cv-00020-CJC-SK |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; CAVALRY PORTFOLIO SERVICES, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation by and between Plaintiff Philippe McClelland and Defendant Equifax Information Services, LLC, this Court hereby dismisses this action with prejudice. Each party to bear its own fees and costs. IT IS SO ORDERED.

DATE: June 23, 2020          BY: _____
                                                    CORMAC J. CARNEY
                                                    CHIEF UNITED STATES DISTRICT JUDGE